M/V SHENGKING
AND/OR OWNERS/CHARTERERS

# TAX INVOICE

The China Navigation Co Pte Ltd
300 Beach Road, The Concourse #27-01
Singapore, SG-199555
Singapore
Ms. Doreen Tan

DATE OF INVOICE : **26. October 2014**

INVOICE NO : **197-1410091**

ORDER NO. : 197-19184

DATE OF SUPPLY : 26. October 2014

DUE DATE : **24. November 2014**

PORT: LOS ANGELES
YOUR REFERENCE:

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 100,190 MT | Fueloil 380-CST 1% | 905,54 MT | 90.726,05 |

EXCHANGE RATE: USD 1 = SGD 1.2718

|  |  |  |
|---|---|---|
| Add Tax @0.000% | USD | 0,00 |
| Total | USD | 90.726,05 |

EXCHANGE RATE : USD 1 = USD 1,0000
USD:
The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**O.W. BUNKER FAR EAST (S) PTE. LTD.**

**BANK:** ING Bank N.V.

**ACCOUNT:** IBAN: NL95 INGB 0020 1182 44
IBAN: NL58 INGB 0651 3629 97

USD and all other currencies
EUR

SWIFT: INGBNL2A

EXHIBIT 2
15

300 Beach Road
#32-01/03, The Concourse
SINGAPORE 199555

Phone: +65 631 70 000
Fax: +65 639 81 270

Telex: 051-9407 6641
Cables: OW BUNKER
E-Mail: wwsingapore@owbunker.com.sg
Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

Co. Reg. No: 199201808K
GST Reg. No: M2-0106089-3