UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; and ING BANK N.V., <br><br> Defendants. | Case No.: 8:15-CV-00859 <br><br> **IN ADMIRALTY** <br><br> **DOLPHIN MARINE SUGGESTION OF BANKRUPTCY** |

PLEASE TAKE NOTICE that Interpled-Defendant DOLPHIN MARINE FUELS, LLC has filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court, Middle District of Florida, Case No. 6:15-bk-07404-CCJ, and that accordingly this case as to Dolphin Marine Fuels, LLC is stayed pursuant to 11 U.S.C. § 362.

Dated: September 3, 2015.

                                       */s/ J. Stephen Simms*
                                       J. Stephen Simms
                                       jssimms@simmsshowers.com
                                       SIMMS SHOWERS LLP
                                       201 International Circle, Suite 250
                                       Hunt Valley, Maryland  21030
                                       Telephone:     410-783-5795
                                       Facsimile:      410-510-1789

DOLPHIN MARINE SUGGESTION OF BANKRUPTCY – 1

Gary R. Clouse (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS, CLOUSE, CROSE &
OXFORD, LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone:   310-458-3860
Facsimile:    310-395-9880

Pre-Petition Counsel for Defendant Bunkers International Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September, 2015, I caused the foregoing to be filed on the Court's CM/ECF system for service on all record counsel.

*/s/ J. Stephen Simms*