_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 15-00859 JLS (DFM)                               Date:  October 15, 2015
Title:  China Navigation Co. PTE LTD. v. Dolphin Marine Fuels, LLC, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

  Terry Guerrero                                                                    N/A
Deputy Clerk                                                                     Court Reporter

Attorneys Present for Plaintiff:                             Attorneys Present for Defendant:

Not Present                                                                  Not Present

**Proceedings: (In Chambers) ORDER CONTINUING SCHEDULING CONFERENCE**

     After review of the parties' Joint Rule 26(f) Report, the Court continues the Scheduling Conference from October 16, 2015, to January 15, 2016, at 1:30 p.m.

     On September 3, 2015, Dolphin Marine Fuels, LLC ("Dolphin") filed a Suggestion of Bankruptcy informing the Court that it had filed a Chapter 11 bankruptcy petition in the Middle District of Florida.  Therefore, litigation against Dolphin is stayed unless and until the bankruptcy courts grants relief from the automatic stay.  11 U.S.C. § 362.

     Because this is an interpleader action, and because the nature of that action arises from the fact that Dolphin and at least one other Defendant claim an interest in the funds deposited with the Court by Plaintiff, little can be accomplished by setting a definitive litigation schedule without input from Dolphin. (Cf. Joint Rule 26(f) Report at 2 (noting that Dolphin did not participate in the preparation of the Joint Rule 26(f) Report).)

     Accordingly, the Court continues the Scheduling Conference.  The parties shall file an Amended Joint Rule 26(f) Report two weeks in advance of the Conference.  The parties are directed to file status report(s) attaching any orders of the bankruptcy court that impact the present action, and to do so no later than seven days after the entry of such order(s).

    **IT IS SO ORDERED.**

                                                                                                                   Initials of Preparer:  tg