SEDGWICK LLP
ERIC M. DANOFF, State Bar No. 60915
*eric.danoff@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Plaintiff
China Navigation Co. Ptd Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., <br><br> PLAINTIFF, <br><br> v. <br><br> DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; AND ING BANK N.V., <br><br> DEFENDANTS. | Case No. 8:15-cv-00859 (DFMx) <br><br> The Hon. Josephine L. Staton <br><br> **NOTICE OF CHANGE OF ADDRESS** |

Please take notice that the address and telephone numbers for Eric Danoff has changed to the following:

Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635
*eric.danoff@sedgwicklaw.com*

Dated:  January 12, 2016          SEDGWICK LLP


                                  By:   /s/ Eric M. Danoff
                                        Eric M. Danoff
                                        Attorneys for Plaintiff
                                        China Navigation Co. Ptd Ltd.