SEDGWICK LLP
ERIC DANOFF, State Bar No. 60915
*eric.danoff@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Plaintiff
China Navigation Co. Ptd Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., | Case No. 8:15-cv-00859 JLS (DFMx) |
| PLAINTIFF, | The Hon. Josephine L. Staton |
| v. | **STIPULATED REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE** |
| DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; AND ING BANK N.V., | |
| DEFENDANTS. | |

1    By Order dated January 13, 2016 (Doc. 24), the Court continued the Scheduling
2  Conference in this case to April 15, 2016.  Eric Danoff, counsel for plaintiff China Navigation
3  Co., will be out of state and unavailable to attend on that date and therefore requests that the
4  Scheduling Conference be continued to April 22 or April 29, 2016.  Erich Wise, counsel for
5  defendant ING Bank N.V. (Security Agent for defendants O.W. Bunker Far East, and O.W.
6  Bunker USA) is available on both April 22 and April 29, 2016, and agrees to the request for
7  continuance.

8  Dated:  January 25, 2016            SEDGWICK LLP

10                                     By:        /s/ Eric Danoff
11                                            Eric Danoff
                                              Attorneys for Plaintiff
12                                            China Navigation Co. Ptd Ltd.

14  Dated:  January 25, 2016            FLYNN, DELICH & WISE LLP

17                                     By:        /s/ Erich P. Wise
                                              Erich P. Wise
18                                            Attorneys for Defendant, Conterclaimant, and
                                              Cross-Claimant ING Bank N.V., as Security Agent