SEDGWICK LLP
ERIC DANOFF, State Bar No. 60915
*eric.danoff@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Plaintiff
China Navigation Co. Ptd Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., <br><br> PLAINTIFF, <br><br> v. <br><br> DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; AND ING BANK N.V., <br><br> DEFENDANTS. | Case No. 8:15-cv-00859 JLS (DFMx) <br><br> The Hon. Josephine L. Staton <br><br> **[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE** |

The Scheduling Conference in this case previously set for April 15, 2016, at 1:30 p.m. is continued to April ____, 2016, at 1:30 p.m.

Dated: January ___, 2016

_____
Josephine L. Staton
U.S. District Court Judge

82771207v1

-1-

Case No. 8:15-cv-00859 JLS (DFMx)

[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE