# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., | Case No. 8:15-cv-00859 JLS (DFMx) |
| PLAINTIFF, | The Hon. Josephine L. Staton |
| v. | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; AND ING BANK N.V., | |
| DEFENDANTS. | |

The Scheduling Conference in this case previously set for April 15, 2016, at 1:30 p.m. is continued to April 22, 2016, at 1:30 p.m.

Dated: January 27, 2016

*[signature]*

Hon. Josephine L. Staton
United States District Judge