```
SEDGWICK LLP
ERIC DANOFF, State Bar No. 60915
eric.danoff@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone:  415.781.7900
Facsimile:  415.781.2635

Attorneys for Plaintiff
China Navigation Co. Ptd Ltd.

FLYNN, DELICH & WISE LLP
ERICH P. WISE, State Bar No. 63219
erichw@fdw-law.com
ALISA MANASANTIVONGS, State Bar No. 260227
alisam@fdw-law.com
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone:  562.435.2626
Facsimile:  562.437.7555

Attorneys for Defendant, Counterclaimant, and Cross-Claimant
ING Bank N.V., as Security Agent
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., <br><br> PLAINTIFF, <br><br> v. <br><br> DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; AND ING BANK N.V., <br><br> DEFENDANTS. | Case No. 8:15-cv-00859 JLS (DFMx) <br><br> **AMENDED JOINT RULE 26(f) REPORT** <br><br> IN ADMIRALTY <br><br> SCHEDULING CONFERENCE: <br><br> Date: April 22, 2016 <br> Time: 1:30 p.m. <br> Judge: Hon. Josephine L. Staton <br> Crtrm: 10-A (Santa Ana Crthouse) |

Plaintiff China Navigation Co. Pte Ltd. ("China Navigation") and defendant ING Bank N.V. ("ING") submit this Joint Rule 26(f) Report. ING appears as Security Agent for defendants O.W. Bunker Far East (Singapore) Ltd. ("OW Singapore") and O.W. Bunker USA Inc. ("OW USA"). Defendant Dolphin Marine Fuels, LLC ("Dolphin") has appeared and submitted notice

1  that it has filed for Chapter 11 bankruptcy protection. Dolphin asserts that this action is stayed as
2  to it, and it therefore has not participated in this Report. As a potentially competing claimant,
3  Dolphin's non-participation in the pre-conference meeting of counsel, the Report, or the
4  Conference, hinders the parties from proceeding with the claims in this case and puts the parties at
5  risk for potential violation of the stay. On April 12, 2016, counsel for China Navigation sent an
6
7  email to counsel for the liquidator of Dolphin informing him of the upcoming status conference,
8  attaching the previous Rule 26(f) Report, and asking whether the liquidator will be seeking
9  recovery of the interpleaded funds. To date no reply has been received.

In light of these circumstances, ING and China Navigation request that the court again postpone the Scheduling Conference in this matter until such time as the Dolphin bankruptcy stay is vacated or the liquidator in the Dolphin matter makes a decision on whether to proceed with recovery.

Dated: April 14, 2016                SEDGWICK LLP


By:  /s/ Eric Danoff
     Eric Danoff
     Attorneys for Plaintiff
     China Navigation Co. Ptd Ltd.


Dated: April 14, 2016                FLYNN, DELICH & WISE LLP


By:  /s/ Erich P. Wise
     Erich P. Wise
     Attorneys for Defendant, Conterclaimant, and
     Cross-Claimant ING Bank N.V., as Security Agent

# EXHIBIT A

CASE NAME: CHINA NAVIGATION CO. PTE LTD. V. DOLPHIN MARINE FUELS, LLC, et al.

CASE NO.: 8:15-cv-00859-JLS-DFM

| Matter | Weeks Before Trial | Plaintiff(s) Request | Defendant(s) Request |
|---|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus sixty (60) Days | 3 Months After Determination On Stay | 3 Months After Determination On Stay |
| Fact Discovery Cut-Off | 21 | 5 Months After Determination On Stay | 5 Months After Determination On Stay |
| Last Day to Serve Initial Expert Reports | 19 | 15 Days After Discovery Cut-Off | 15 Days After Discovery Cut-Off |
| Last Day to File Motions (Except *Daubert* and all other Motions in Limine) | 19 | 15 Days After Discovery Cutoff | 15 Days After Discovery Cutoff |
| Last Day to Serve Rebuttal Expert Reports | 15 | 28 Days After Initial Expert Reports | 28 Days After Initial Expert Reports |
| Last Day to Conduct Settlement Proceedings | 12 | 21 Days After Rebuttal Expert Reports | 21 Days After Rebuttal Expert Reports |
| Expert Discovery Cut-Off | 11 | 28 Days After Rebuttal Expert Reports | 28 Days After Rebuttal Expert Reports |
| Last Day to File *Daubert* Motions | Expert Discovery Cut-Off Date plus seven (7) days | 7 Days After Expert Discovery Cut-Off | 7 Days After Expert Discovery Cut-Off |

83152597v1 -3- Case No. 8:15-cv-00859 JLS (DFMx)
AMENDED JOINT RULE 26(f) REPORT

| | | | |
|---|---|---|---|
| Last Day to File Motions in Limine (excluding *Daubert* Motions) | Final Pre-Trial Conference Date less twenty-eight (28) days | 18 Days After *Daubert* Motion Deadline | 18 Days After *Daubert* Motion Deadline |
| **Final Pre-Trial Conference (Friday at 1:30 p.m.)** | 3 | 24 Days Prior To Trial | 24 Days Prior To Trial |
| Last Day to File Proposed Finding of Facts and Conclusions of Law (if court trial) | 1 | One Week Prior To Trial | One Week Prior To Trial |
| **Exhibit Conference (Friday at 3:30 p.m.)** | Friday Before Trial | Friday Before Trial | Friday Before Trial |
| **Trial: Jury or Court (Tuesday at 9:00 a.m.)** | | 7 Months After Fact Discovery Cut-off | 7 Months After Fact Discovery Cut-off |