**SIMMS·SHOWERS** LLP
INTERNATIONAL PRACTICE. PERSONAL COMMITMENT.

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM
443.290.8704

April 15, 2016

Hon. Josephine L. Staton
United States District Judge
United States District Court
 Central District of California
411 West Fourth Street
Santa Ana, CA 92701-4516

      Re:    *China Navigation Co. Pte Ltd. v. Dolphin Marine Fuels, LLC et al.*
              <u>Case No. 8:15-cv-00859 JLS (DFMx)</u>

Dear Judge Staton:

      We represent Defendant Dolphin Marine Fuels, LLC ("Dolphin") in the above-captioned matter. We write in response to the Amended Joint Rule 26(f) Report filed yesterday, April 14, 2016, by China Navigation Co. Pte Ltd. ("China Navigation") and ING Bank N.V. ("ING").

      As the Court is aware, Dolphin's participation in this matter was stayed, pursuant to 11 U.S.C. § 362, when Dolphin filed for Chapter 11 bankruptcy protection on August 28, 2015.

      We write to advise the Court that the bankruptcy proceeding has concluded. The Dolphin estate and its assets, including all litigation in which Dolphin is involved, are being liquidated pursuant to the bankruptcy court's order. All claims and receivables involving Dolphin have been transferred to PNC Bank ("PNC") (Dolphin's secured lender) for collection. We represent PNC with respect to the Dolphin claims in this matter.

      We write further to request that the Court maintain, and not continue, the scheduling conference presently scheduled for April 22, 2016 at 1:30 p.m. We have spoken with counsel for China Navigation (Mr. Danoff) and counsel for ING (Mr. Wise) to advise them of this filing and both consent to maintain the presently scheduled conference next week. Counsel for all appearing parties will endeavor to submit a further amended Rule 26(f) by Tuesday, April 19, 2016 in advance of the April 22 scheduling conference.

      Finally, we request the Court's permission to participate in the April 22 conference by telephone and would be glad to provide our conference line and coordinate the call.

                                                                       Sincerely,

                                                                       J. Stephen Simms