_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 15-00859 JLS (DFM)                                   Date:  April 20, 2016
Title: China Navigation Co. Pte Ltd. v. Dolphin Marine Fuels, LLC, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers) **ORDER CONTINUING SCHEDULING CONFERENCE**

The Court has received and reviewed the parties' Amended Joint Rule 26(f) Report filed on April 14, 2016.  The Court CONTINUES the Scheduling Conference to May 20, 2016 at 1:30 p.m.

The parties are directed to confer further regarding the issues addressed in the letter that was stricken from the record pursuant to Local Rule 83-2.5 as an improper communication with the Court.  Should the parties agree that a substitution of parties is appropriate, or agree that some other relief should be granted by the Court, the parties may file a stipulation setting forth the relief sought and the reasons therefor.

No later than May 6, 2016, the parties are directed to file a Second Amended Joint Rule 26(f) Report that complies with the Court's Order Setting Scheduling Conference.  (Doc. 17.)

**IT IS SO ORDERED.**

Initials of Preparer:  tg