UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 15-00859 JLS (DFM)                                                        Date:  May 16, 2016
Title: China Navigation Co. PTE Ltd. v. Dolphin Marine Fuels, LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:**         (In Chambers) SCHEDULING ORDER

On the Court's own motion, the Scheduling Conference set for hearing May 20, 2016 is VACATED and taken off calendar, and the Court sets the deadlines that appear below.

Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date. Finally, the dates below have been adjusted in accordance with the Order Setting Scheduling Conference and the Court's trial calendar. These dates will not be continued absent a showing of good cause.  *See* Fed. R. Civ. P. 16(b)(4).

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | July 19, 2016 |
| Fact Discovery Cut-off: | November 29, 2016 |
| Last Day to Serve Initial Expert Reports: | December 13, 2016 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | December 9, 2016 |
| Last Day to Serve Rebuttal Expert Reports: | January 10, 2017 |
| Last Day to Conduct Settlement Proceedings: | January 31, 2017 |
| Expert Discovery Cut-off: | February 3, 2017 |
| Last Day to File *Daubert* Motions: | February 10, 2017 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | March 3, 2017 |

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  SACV 15-00859 JLS (DFM) | Date:  May 16, 2016 |
| Title: China Navigation Co. PTE Ltd. v. Dolphin Marine Fuels, LLC et al | |

Final Pretrial Conference (1:30 p.m.):		March 31, 2017

Exhibit Conference (3:30 p.m.):			April 21, 2017

Court Trial (9:00 a.m.):				April 25, 2017

Trial Estimate:					1-2 days

					Initials of Preparer:  tg