Erich P. Wise (State Bar No. 63219)
erichw@fdw-law.com
Alisa Manasantivongs
alisam@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

Attorneys for Defendant, Counterclaimant, and Cross-Claimant
ING BANK N.V., as Security Agent

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., | Case No. 8:15-cv-00859-JLS-DFM |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DISCOVERY CUT-OFF DATES** |
| vs. | |
| DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; and ING BANK N.V., | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

//
//
//
//

– 1 –

The parties having agreed to extend the time for certain limited discovery and good cause appearing therefor, IT IS HEREBY ORDER THAT the fact discovery cut-off date is hereby extended from November 29, 2016, to January 15, 2017, solely with respect to the corporate depositions of China Navigation and Dolphin previously noticed by ING, and for the response by Dolphin to the written discovery previously propounded by ING Bank, and IT IS FURTHER ORDERED that the last day to file dispositive motions is hereby extended from December 9, 2016, to January 31, 2017.

Dated:  December __, 2016          _____

                                                 Josephine L. Staton
                                                 United States District Judge

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626