Erich P. Wise (State Bar No. 63219)
erichw@fdw-law.com
Alisa Manasantivongs (State Bar No. 260227)
alisam@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone:  (562) 435-2626
Facsimile:  (562) 437-7555

Attorneys for Defendant, Counterclaimant, and Cross-Claimant
ING BANK N.V., as Security Agent

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., | Case No. 8:15-cv-00859-JLS-DFM |
| Plaintiff, | **ING BANK N.V.'S NOTICE OF FOREIGN LAW PURSUANT TO FED. R. CIV. P. 44.1** |
| vs. | |
| DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; and ING BANK N.V., | Date:   January 27, 2017<br>Time:   2:30 p.m.<br>Crtrm:  10-A<br>Judge:  Hon. Josephine L. Staton |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

//
//
//
//

ING Bank N.V., as Security Agent, hereby gives notice pursuant to Rule 44.1 of the Federal Rules of Civil Procedure of its intent to rely on English law in support of its claims in the above-referenced action.

Dated: December 9, 2016          FLYNN, DELICH & WISE, LLP

By:   <u>s/ Erich P. Wise</u>
      Erich P. Wise
      Alisa Manasantivongs
      Attorneys for Defendant,
      Counterclaimant, and Cross-Claimant
      ING BANK N.V., as Security Agent

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

1

ING BANK N.V.'S NOTICE OF FOREIGN      CASE NO. 8:15-cv-00859-JLS-DFM
LAW PURSUANT TO FED. R. CIV. P. 44.1