Erich P. Wise (State Bar No. 63219)
erichw@fdw-law.com
Alisa Manasantivongs (State Bar No. 260227)
alisam@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone:  (562) 435-2626
Facsimile:   (562) 437-7555

Attorneys for Defendant, Counterclaimant, and Cross-Claimant
ING BANK N.V., as Security Agent

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., | Case No. 8:15-cv-00859-JLS-DFM |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF ING BANK N.V.** |
| vs. | |
| DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; and ING BANK N.V., | Date:   January 27, 2017<br>Time:   2:30 p.m.<br>Crtrm:  10-A<br>Judge:  Hon. Josephine L. Staton |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

On January 27, 2017, Defendant, Counterclaimant, and Cross-Claimant ING Bank N.V.'s ("ING") motion for summary judgment against Plaintiff under Rule 56 of the Federal Rules of Civil Procedure, came on for hearing before the Honorable Josephine L. Staton.

– 1 –

– 2 –

Having considered the moving, opposition, and reply briefs, the evidence submitted by the parties, and the arguments of counsel, this Court finds that there are no genuine issues of material fact and ING is entitled to judgment as a matter of law. ING's motion for summary judgment is GRANTED and Judgment shall be entered as requested by that motion.

**IT IS SO ORDERED.**

Dated: _____, 2017          _____
                                            Hon. Josephine L. Staton
                                            United States District Judge

– 2 –

PROPOSED] ORDER GRANTING MOTION         CASE NO. 8:15-cv-00859-JLS-DFM
FOR SUMMARY JUDGMENT OF ING BANK N.V.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626