Erich P. Wise (State Bar No. 63219)
erichw@fdw-law.com
Alisa Manasantivongs (State Bar No. 260227)
alisam@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone:  (562) 435-2626
Facsimile:  (562) 437-7555

Attorneys for Defendant, Counterclaimant, and Cross-Claimant
ING BANK N.V., as Security Agent

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., | Case No. 8:15-cv-00859-JLS-DFM |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| vs. | Date: January 27, 2017 |
| | Time: 2:30 p.m. |
| DOLPHIN MARINE FUELS, LLC; | Crtrm: 10-A |
| O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; and ING BANK N.V., | Judge: Hon. Josephine L. Staton |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

On _____, the Court issued its Order _____ ("Order"). In accordance with that Order, the Court now enters JUDGMENT in favor of Defendant, Counterclaimant, and Cross-Claimant ING Bank N.V. ("ING") as follows:

1. The Court finds that ING is the only party that has asserted a valid claim to the funds on deposit with the Court, and possesses a maritime lien for the delivery of bunker fuel to the SHENGKING on October 26, 2014 by virtue of O.W. Bunker Far East (S) Pte. Ltd.'s ("O.W. Far East") assignment of that right in the Security Agreement. Under that assignment, ING also possesses the right to recover all amounts due and owing to O.W. Far East under the invoice issued to Plaintiff, China Navigation Co., Inc., including unpaid principal, interest, and delayed payment administration fees specified by Clause I.5 of the terms and conditions of sale governing the delivery.

2. ING has moved for the amount on deposit with the Court ($96,169.62) in satisfaction of its claims against China Navigation, which represents the principal amount of China Navigation's unpaid invoice ($90,726.06), plus two years of interest at 3% *per annum* ($5,443.56). The Court finds that an award of the deposited funds made in satisfaction of ING's claims is an appropriate amount of prejudgment interest on its lien claim. *See Rosa v. Ins. Co. of Pennsylvania*, 421 F.2d 390, 393 (9th Cir. 1970). The amount is also well less than the contractual interest and other fees owing under the terms and conditions of sale.

3. Accordingly, the Court finds that Judgment is hereby entered in favor of ING for the funds presently on deposit within the registry of the Court ($96,169.62, plus any interest accrued thereon), reflecting the value of the bunker fuel delivered to the SHENGKING plus an award of prejudgment interest, in satisfaction of ING's claims against China Navigation.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

4. Upon ING's receipt of such payment from China Navigation, the Court finds that China Navigation and the SHENGKING are discharged from further *in rem* or *in personam* liability to the parties to this action, arising out of the delivery of bunker fuel to the SHENGKING.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: _____, 2017  _____
                                                                                         Hon. Josephine L. Staton
                                                                                         United States District Judge

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626