| | |
|---|---|
| 1 | Erich P. Wise (State Bar No. 63219) |
| 2 | erichw@fdw-law.com |
|   | Alisa Manasantivongs (State Bar No. 260227) |
| 3 | alisam@fdw-law.com |
| 4 | FLYNN, DELICH & WISE LLP |
|   | One World Trade Center, Suite 1800 |
| 5 | Long Beach, CA 90831-1800 |
| 6 | Telephone:  (562) 435-2626 |
|   | Facsimile:  (562) 437-7555 |
| 7 | |
| 8 | Attorneys for Defendant, Counterclaimant, and Cross-Claimant |
| 9 | ING BANK N.V., as Security Agent |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., | Case No. 8:15-cv-00859-JLS-DFM |
| Plaintiff, | **DECLARATION OF JOHN BRUCE CARTWRIGHT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF ING BANK N.V.** |
| vs. | |
| DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; and ING BANK N.V., | Date:     January 27, 2017<br>Time:     2:30 p.m.<br>Crtrm:    10-A |
| Defendants. | Judge:   Hon. Josephine L. Staton |
| AND RELATED CROSS-ACTIONS. | |

//
//
//
//

– 1 –

John Bruce Cartwright, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at PricewaterhouseCoopers LLP ("PwC"), with its principal place of business at 7 More London Riverside, London, United Kingdom.

2. I submit this declaration in support of ING Bank N.V.'s ("ING") motion for summary judgment.

3. Pursuant to that certain Deed of Appointment of Additional Receiver dated April 4, 2016, I, together with Ian David Green and Anthony Victor Lomas, have been appointed by ING Bank N.V., ("ING") in its capacity as Security Agent under that certain USD 700,000,000 Multicurrency Revolving Borrowing Base Facilities Agreement, dated December 19, 2013 (the "Credit Agreement"), and related guaranty, pledge, and security agreements, including that certain English Omnibus Security Agreement, dated December 19, 2013 (the "Security Agreement," and together with the Credit Agreement and all other related guaranty, pledge, and security agreements, as amended, the "Finance Documents") as receiver (together with David Green and Anthony Victor Lomas, each a "Receiver" and together the "Receivers") of the secured assets under the Finance Documents.

4. A true and correct copy of the Credit Agreement is attached hereto as Cartwright Exhibit 1 and a true and correct copy of the Security Agreement is attached hereto as Cartwright Exhibit 2.

5. O.W. Bunker Far East (S) PTE Ltd. ("O.W. Far East") and O.W. Bunker USA, Inc. ("O.W. USA") are a part of the O.W. Bunker group of entities, which was an international provider of marine fuels.

6. In my position as a Receiver, I have become familiar with the Finance Documents, which were (i) made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge, (ii) were kept in the course of the regularly conducted business activity of ING, and (iii) were made as part of the regular business activity of ING.

– 2 –

DECLARATION OF JOHN BRUCE CARTWRIGHT  
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT  
OF ING BANK N.V.

CASE NO. 8:15-cv-00859-JLS-DFM

7. The Finance Documents are records of English-law governed secured financing accomplished thereunder by and among the parties thereto.

8. The amount that O.W. Bunker group entities could draw down under the Credit Agreement depended on the Borrowing Base under the credit facility, which was calculated based on the amount of receivables owed to O.W. Bunker group entities at a given time.

9. As security for their obligations under the Finance Documents, certain of the O.W. Bunker group entities that were party thereto, including O.W. Far East, assigned, *inter alia*, all of their rights to amounts owing by customers on account of invoices issued for or relating to the sale of oil products under Supply Contracts (as defined in the Security Agreement). Paragraph 2.3 of the Security Agreement provides, in relevant part:

**2.3 Supply Receivables and New Supply Receivables:**

(a) Each Receivables Chargor…hereby agrees to assign and hereby assigns absolutely, with effect as of the date of this Deed, subject to a proviso for the reassignment on redemption, all of its rights, title and interest in respect of the Supply Receivables.

10. Supply Receivables means "any amount owing, or to be owed, to a Receivables Chargor…under any Supply Contract." *Id.* at ¶ 1.1 (definition of Supply Receivables).

11. O.W. Far East is a Receivables Chargor under the Security Agreement. *Id.* at p. 28 (Schedule 1).

12. I have been advised that in October 2014, China Navigation Co. Pte Ltd. ("China Navigation"), owner of the SHENGKING (the "Vessel"), contracted with O.W. Far East for the supply of bunker fuel to the Vessel. O.W. Far East subcontracted with O.W. USA to act as an intermediary in arranging for the physical supply of the bunkers, that O.W. USA, in turn, subcontracted with Dolphin Marine

– 3 –

DECLARATION OF JOHN BRUCE CARTWRIGHT
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
OF ING BANK N.V.

CASE NO. 8:15-cv-00859-JLS-DFM

Fuels, LLC ("Dolphin") for the physical supply of the bunkers, and that Dolphin subsequently supplied the bunkers to the Vessel.

13. In or about November 2014, numerous O.W. Bunker entities commenced insolvency proceedings in jurisdictions around the globe.

14. As of that date, O.W. Bunker group entities had borrowed approximately $647 million pursuant to the Credit Agreement.

15. Following the collapse of the O.W. Bunker group, ING appointed the Receivers to collect on those Supply Receivables that had been assigned to ING in order to repay the financing extended to the O.W. Bunker group in reliance on that collateral.

16. I have been advised that, in this case, China Navigation has acknowledged that it owes and has not paid O.W. Far East amounts due under its contract with O.W. Far East.

17. Further, a review of the invoice and sales order confirmations issued by O.W. Far East to China Navigation in connection with the supply of fuel to the Vessel reveals that the contractual relationship with the vessel owner, China Navigation, was with O.W. Far East alone and not with Dolphin.

18. Because O.W. Far East assigned to ING all of its rights in respect of all amounts owing by China Navigation, China Navigation is obligated to pay ING as assignee of O.W. Far East pursuant to the Finance Documents. *See* Security Agreement (Ex. A) at ¶ 2.3(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on December 9, 2016, at London, England.

John Bruce Cartwright

DECLARATION OF JOHN BRUCE CARTWRIGHT
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
OF ING BANK N.V.

CASE NO. 8:15-cv-00859-JLS-DFM