J. Stephen Simms
Simms Showers LLP
(admitted *pro hac vice*)
jssimms@simmsshowers.com
201 International Circle, Suite 250
Baltimore, Maryland  21030
Telephone:   410-783-5795
Facsimile:    410-510-1789

Gary R. Clouse (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS, CLOUSE, CROSE & OXFORD, LLP
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone:   310-458-3860
Facsimile:    310-395-9880

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; and ING BANK N.V., <br><br> Defendants. | Case No.: 8:15-CV-00859 <br><br> **IN ADMIRALTY** <br><br> **DECLARATION OF J. STEPHEN SIMMS IN OPPOSITION TO ING BANK N.V.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: January 27, 2017 <br> Time: 2:30 p.m. <br> Crtrm: 10-A <br> Judge: Hon. Josephine L. Staton <br> Complaint Filed: June 2, 2015 |

J. Stephen Simms, pursuant to 28 U.S.C. § 1746, declares as follows:

DECLARATION OF J. STEPHEN SIMMS SUPPORTING
MEMORANDUM OPPOSING SUMMARY JUDGMENT – 1

1. I am an attorney and Principal of Simms Showers LLP, with its principal place of business at 201 International Circle, Baltimore, MD, 21030, and represent Dolphin Marine Fuels, LLC by admission *pro hac vice* in this matter. I am fully familiar with the facts of this proceeding and the documents referenced in this declaration.

2. I submit this declaration in opposition to ING's motion for summary judgment.

3. A true and correct copy of Dolphin Marine Fuel's Contract Terms is attached as Simms Ex. 1.

4. A true and correct copy of Dolphin Marine Fuel's Bunker Delivery Receipt and Invoice for delivery of marine fuel to the SHENGKING is attached as Simms Ex. 2.

5. Declaration of Peter John Sibley MacDonald Eggers, practicing barrister and a Queen's Counsel in the Bar of England and Wales, filed in *Bonny Gas Transport Limited v. O.W. Bunker Germany GmbH et al*. in the U.S. District Court of the Southern District of New York (Case No. 1:14-cv-09542-VEC) is attached as Simms Ex. 3.

6. OW Confirmation of Sale, as produced by ING, is attached as Simms Ex. 4.

DECLARATION OF J. STEPHEN SIMMS SUPPORTING
MEMORANDUM OPPOSING SUMMARY JUDGMENT – 2

/

/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on January 7, 2017 at Baltimore, Maryland.

/s/ J. Stephen Simms_____
J. Stephen Simms

DECLARATION OF J. STEPHEN SIMMS SUPPORTING
MEMORANDUM OPPOSING SUMMARY JUDGMENT – 3