# EXHIBIT 2

# BUNKER DELIVERY RECEIPT

## Dolphin Marine Fuels, LLC

NO. _____

**MARINE BUNKER RECEIPT FOR DELIVERY TO VESSEL**

WMS 32053

**DOLPHIN MARINE FUELS, LLC**
24701 LA PLAZA, SUITE 102
DANA POINT, CA 92629-2584
TEL: (949) 240-7626
FAX: (949) 240-5818

VESSEL NAME: SHENGKING
BARGE CO.: WESTOIL
BARGE NO.:
LOADING TERMINAL: VOPAK LA
DELIVERY LOCATION (INCLUDE TERMINAL OR DOCK NO.): LA 176

IMO #: 9614505

| | DATE | TIME |
|---|---|---|
| BARGE ALONGSIDE | 10-26-14 | 1102 |
| HOSE CONNECTED | | 1145 |
| STARTED PUMPING | | 1323 |
| FINISHED PUMPING | | 1345 |
| HOSE DISCONNECTED | | 1435 |
| BARGE AWAY | 10-26-14 | 1447 |

### PRODUCT

| GRADE | DENSITY | API GRAV. | FLASH PMCC°F | BS&W VOL % | VISCOSITY CST @50°C | SULFUR |
|---|---|---|---|---|---|---|
| LSFO IFO 380 | 978.6 | 13 | 203 | 0.05 | 245 | 0.969 |

### QUANTITY
*THIS SECTION TO BE COMPLETED BY BARGE COMPANY REPRESENTATIVE*

| | GRADE LSFO | GRADE ____ | GRADE ____ |
|---|---|---|---|
| Total Gross Barrels Delivered By Barge | 660.03 | | |
| Temp. And Grav. Conversion Factor | 121° .9764 | | |
| Total Net Barrels | 644.45 | | |
| Conversion Factor - BBLS/M. Ton | .15547 | | |
| Metric Tons Delivered | 100.19 | | |

SAMPLE GIVEN TO VESSEL ☑ YES ☐ NO

GAUGES WITNESSED BY VESSEL REPRESENTATIVE
☑ BEFORE  ☑ AFTER  ☐ DECLINED

VESSEL SAMPLE SEAL # 00008531

MARPOL - 00008533
DOLPHIN RETAIN SAMPLE SEAL # 00008532

DISCLAIMERS: No disclaimer stamp of any type or form will be accepted on this bunkering certificate, nor should any such stamp be applied, will it alter, change or waive Dolphin's Maritime Lien against the vessel or waive the vessel's ultimate responsibility and liability for the debt incurred through this transaction.

REMARKS: WMS 32053

**PRODUCT DISCHARGED TO VESSEL LISTED ABOVE**

Anne Elizabeth
# 1228172
Westoil Marine
Services Inc.

Barge Company Representative : By  M. Novack
(BARGE CO. REPRESENTATIVE)  (DATE)

**THE FOREGOING RECEIVED ON BOARD VESSEL (SEE STATEMENT ABOVE)**

SHENGKING
SINGAPORE
OFFICIAL NO.  397500
DWT  30814T
GRT  25483T
POWER  13560kW x 105RPM

C/E Y. MYKHAYLOV   C/M   26/10/2014
(AUTHORIZED VESSEL OFFICIAL)  (TITLE)

WHITE - RETURN TO DOLPHIN   CANARY - SHIP COPY   PINK - BARGE COPY



**Dolphin Marine Fuels, LLC**

# INVOICE

| DATE FUELED | INVOICE # |
|---|---|
| October 26, 2014 | DMFIN00000099 |

**BILL TO**
O.W. BUNKER USA INC
2603 AUGUSTA DRIVE
SUITE 440
HOUSTON, TEXAS 77057
USA
and/or Master,Owners, Operators, Charterers,Managers, Managing Agents and Vessel

**SHIP TO**
O.W. BUNKER USA INC
2603 AUGUSTA DRIVE
SUITE 440
HOUSTON, TEXAS 77057
USA

| VESSEL | Port | IMO # | TERMS | DUE DATE | REP | INVOICE DATE |
|---|---|---|---|---|---|---|
| SHENGKING | LOS ANGELES | 9614505 | 30 DOD | November 25, 2014 | SH-CA | October 27, 2014 |

| DESCRIPTION | PRODUCT | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| BUNKER DELIVERY TO SHENGKING AT LOS ANGELES ON OCTOBER 26, 2014 | LS380 | 100.1900 | $ 870.00000 | $ 87,165.30 |

CUST. PO #   172-13158

**Total**   $87,165.30

WIRES:
PNC Bank, N.A.
East Brunswick, NJ 08816
Account: 8026305757
WIRE ABA: 031207607
SWIFT: PNCCUS33
Credit: Dolphin Marine Fuels, LLC

24701 La Plaza Ste. 102 Dana Point, CA  92629-2562    Tel No.: 949-240-7626    Fax: 949-240-5818    Email: info@dolphinmarinefuels.com    www.dolphinmarinefuels.com