Erich P. Wise (State Bar No. 63219)
erichw@fdw-law.com
Alisa Manasantivongs (State Bar No. 260227)
alisam@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

Bruce G. Paulsen (Admitted *Pro Hac Vice*)
paulsen@sewkis.com
Brian P. Maloney (Admitted *Pro Hac Vice*)
maloney@sewkis.com
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Defendant, Counterclaimant, and Cross-Claimant
ING BANK N.V., as Security Agent

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CHINA NAVIGATION CO. PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> DOLPHIN MARINE FUELS, LLC; O.W. BUNKER FAR EAST (S) PTE LTD.; O.W. BUNKER USA INC.; and ING BANK N.V., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 8:15-cv-00859-JLS-DFM <br><br> **SUPPLEMENTAL DECLARATION OF BRIAN P. MALONEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF ING BANK N.V.** <br><br> Date: January 27, 2017 <br> Time: 2:30 p.m. <br> Judge: Hon. Josephine L. Staton <br> Crtrm: 10-A <br><br> Complaint Filed: June 2, 2015 |

– 1 –

SUPPLEMENTAL DECLARATION OF BRIAN P. MALONEY
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
OF ING BANK N.V.

CASE NO. 8:15-cv-00859-JLS-DFM

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

Brian P. Maloney, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney associated with Seward & Kissel LLP, with its principal place of business at One Battery Park Plaza, New York, New York, 10004 and represent ING Bank N.V., as Security Agent ("ING"). I am fully familiar with the facts of this proceeding and the documents referenced in this declaration.

2. I submit this supplemental declaration in further support of ING's motion for summary judgment.

3. A true and correct copy of the Order and Opinion entered in *Clearlake Shipping Pte Ltd. v. O.W. Bunker (Switz.) SA*, No. 14-cv-9287, 2017 U.S. Dist. LEXIS 2888 (S.D.N.Y. Jan. 9, 2017), is attached as Maloney Ex. 12.

4. A true and correct copy of the Supplemental Declaration of Antony James Zacaroli, QC, filed as Doc. 114 in *O'Rourke Marine Servs. L.P., L.L.P. v. M/V Cosco Haifa*, No. 15 Civ. 2992 (S.D.N.Y.), is attached as Maloney Ex. 13.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on January 13, 2017, at New York, New York.

_____
Brian P. Maloney